**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

GLENN R. BEUSTRING,

        Plaintiff-Appellant,

    v.

THE OKLAHOMA BAR
ASSOCIATION, the agent and an
official arm of the Supreme Court of
Oklahoma, through its General Counsel,
Dan Murdock,

        Defendant - Appellee.

No. 04-6091

W.D. Oklahoma

(D.C. No. CIV-03-1538-M)

**ORDER AND JUDGMENT**[*]

Before **HARTZ**, **ANDERSON**, and **TYMKOVICH**, Circuit Judges.

Attorney Glenn R. Beustring brought this 42 U.S.C. § 1983 action against

the Oklahoma Bar Association and certain individuals, challenging disciplinary

proceedings brought against him by the Bar. Counsel for the parties agreed at

---

[*]This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. The court
generally disfavors the citation of orders and judgments; nevertheless, an order and
judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

oral argument that the disciplinary proceedings are still ongoing, having been presented to and remaining pending before the Oklahoma Supreme Court.

The details of this case, including Mr. Beustring's arguments and the underlying facts and procedural history, are set forth in detail in two orders entered by the district court, dated, respectively, March 1, 2004, and March 23, 2004, and we need not repeat them here. In those orders, the district court concluded that "it should abstain from exercising jurisdiction over the case at bar under the *Younger/Middlesex* abstention doctrine."[1]  Accordingly, the court dismissed the action on that basis. Likewise, the district court denied the plaintiff/appellant's Fed. R. Civ. P. 59(e) motion to vacate the judgment, citing the same grounds set forth in the court's initial opinion.

We have reviewed Mr. Beustring's arguments on appeal claiming that the district court erred in its judgment, and we are unpersuaded. Substantially for the reasons and on the grounds set forth in the district court's opinions referred to above, the judgment of the district court is AFFIRMED.

ENTERED FOR THE COURT

Stephen H. Anderson
Circuit Judge

---

[1] *Younger v. Harris*, 401 U.S. 37 (1971); *Middlesex County Ethics Comm. v. Garden State Bar Ass'n,* 457 U.S. 423 (1982).